UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6229 PA (Rzx) <br> CR 13-746 PA | Date | November 6, 2014 |
|---|---|---|---|
| Title | United States of America v. Nancy Morim | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Raymond Neal | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

Plaintiff United States of America (the "Government") commenced this action for Writ of Garnishment against the property of defendant Nancy Morim ("Morim") on August 8, 2014.  The Government served the Writ of Garnishment on garnishee Wells Fargo Bank ("Wells Fargo") on August 28, 2014.  Wells Fargo filed an Answer of Garnishee on September 26, 2014.  According to Wells Fargo's Answer, there are "no funds available" in any account maintained by Wells Fargo on behalf of Morim and Morim has an account balance of $0.00.  Based on the representations in Wells Fargo's Answer, the Court orders the Government to show cause in writing why this action for Writ of Garnishment should not be dismissed.   The Government's response to this order to show cause shall be filed no later than November 17, 2014.  Should the Government not file a sufficient response to this order to show cause by that date, the Court will, without further warning, dismiss the action for Writ of Garnishment without prejudice.

IT IS SO ORDERED.